IN THE MATTER OF THE ESTATE OF
MORRIS G. HANIS, DECEASED.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE P. HOUCK, SR.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JUAN MORALES CASTRO.

February 2, 1971. Petition for certification denied.

TRANSCONTINENTAL GAS PIPE LINE CORP. v. TOWNSHIP
OF BERNARDS, ET AL.

February 2, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. NORMAN LEE PERRY.

February 2, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. SYLVESTER CLAYTON ROOTS.

February 17, 1971. Petition for certification denied.